# UNITED STATES DISTRICT COURT
## District of Minnesota

Enyer Jose Ojeda Linares

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01078-MJD-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **GRANTS** the Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** as follows:

   a. Respondents must immediately release Petitioner from detention into Minnesota;

   b. Respondents are ordered to immediately return any of Petitioner's documents, property, or effects seized during his arrest in substantially the same condition as when they were taken; and

   c. Petitioner shall be released on his own recognizance without any conditions upon his release; and

2. Respondents are ordered to confirm Petitioner's release from custody and other compliance with this Order within forty-eight (48) hours from the date of this Order.

Date: 2/15/2026

KATE M. FOGARTY, CLERK