## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Enyer O.L.,

    Petitioner,


 v.

Pamela Bondi, et al.,

    Defendants.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-01078 (MJD/SGE)

Liliana Zaragoza, University of Minnesota Law School Racial Justice Law Clinic, Counsel for Petitioner.

David W. Fuller, Matthew Isihara, Trevor Brown, Assistant United States Attorneys, Counsel for Respondents.

On February 15, 2026, the Court granted Petitioner Enyer O.L.'s Petition for Writ of Habeas Corpus. **[Doc. 9.]** As part of that Order, the parties were required to immediately release Petitioner with all his personal effects seized during his arrest and notify the Court within 48 hours to confirm that the release occurred.

On February 17, 2026, the Respondents provided a status update informing the Court that Petitioner Enyer O.L. was released. **[Doc. 11.]** Since his

release several days ago, no one has informed the Court that Petitioner was released without any of his personal effects.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Enyer O.L.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  February 20, 2026                   s/Michael J. Davis
                                            Michael J. Davis
                                            United States District Court