# UNITED STATES DISTRICT COURT
## District of Minnesota

Enyer Jose Ojeda Linares,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1078 MJD/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Enyer O.L.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

Date: 2/21/2026

KATE M. FOGARTY, CLERK